NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

EARL CHRISTY and DAVID
CONSTABLE,

        Appellants,

v.

        Case No. 2D18-5099

MARK C. BOULDIN and BOULDIN
ENTITIES,

        Appellees.

_____

Opinion filed November 6, 2019.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Pinellas County;
Jack R. St. Arnold, Judge.

Paul B. Thanasides and Mary R. Thanasides
of McIntyre Thanasides Bringgold Elliott
Grimaldi Guito & Matthews, P.A., Tampa, for
Appellants.

Courtney L. Fernald and Beatriz
McConnell of Englander Fischer,
St. Petersburg, for Appellees.


PER CURIAM.


      Affirmed.


KELLY, BADALAMENTI, and SMITH, JJ., Concur.